# United States District Court
# Central District of California

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.; DOES 1 - 10,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-2969-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 11), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Tuesday, August 11, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　　　**IT IS SO ORDERED.**

　　　　June 11, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**